

# Fourth Court of Appeals
## San Antonio, Texas

January 6, 2022

No. 04-20-00356-CR

John Stewart **MUELLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-19-0000009
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
           Patricia O. Alvarez, Justice
           Beth Watkins, Justice

Appellant's brief was originally due November 5, 2021. Appellant's first motion for extension of time was granted, extending the deadline for filing the brief to December 6, 2021. On December 6, 2021, appellant filed a motion requesting an additional extension of time to file the brief until January 5, 2022, for a total extension of 60 days, and we granted appellant's motion.

On January 5, 2022, appellant filed a third motion for extension of time requesting an additional 30 days to file the brief, for a total extension of 90 days. After consideration, we **GRANT** the motion and **ORDER** appellant to file his brief **by February 4, 2022**. **Counsel is advised that no further extensions of time will be granted absent extraordinary circumstances.**

It is so **ORDERED** on January 6, 2022.

ATTESTED TO: _Michael A. Cruz_
MICHAEL A. CRUZ,
CLERK OF COURT

**PER CURIAM**

